

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Angelica Garcia,

Vs. No. 11-22-00208-CR

The State of Texas,

\* From the 70th District Court
of Ector County,
Trial Court No. A-19-1410-CR.

\* May 23, 2024

\* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgments below. Therefore, in accordance with this court's opinion, the judgments of the trial court are in all things affirmed.